# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 10, 2010

141635 & (3)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

ARNOLD D. DUNCHOCK,
        Plaintiff,

v

        SC:  141635
        ADB: 09-000051-GA

ATTORNEY DISCIPLINE BOARD and
ATTORNEY GRIEVANCE COMMISSION,
        Defendants.

_____/

        On the order of the Court, the motion for immediate consideration is GRANTED. The complaint for superintending control is considered, and relief is DENIED, because the Court is not persuaded that it should grant the requested relief.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 10, 2010               _____
                                     Clerk

p0910